B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Colorado

IN RE: Case No. **1:13-bk-30510**

**Duntsch, Christopher Daniel** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Frost Bank**<br>**PO Box 34746**<br>**San Antonio, TX 78265** | **Frost Bank**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296-1600** | | | **298,636.43** |
| **ACS**<br>**PO Box 7051**<br>**Utica, NY 13504** | **A C S**<br>**501 Bleeker Street**<br>**Utica, NY 13504-7051** | | | **112,006.00** |
| **Physicians Capital**<br>**1600 Division Street Suite 670**<br>**Nashville, TN 37203** | | | | **98,116.47** |
| **Bank Of America**<br>**PO Box 851001**<br>**Wilmington, DE 19850** | **Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | | **19,000.00** |
| **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | **American Express**<br>**P.O. Box 3001**<br>**Malvern, PA 19355-3001** | | | **13,800.00** |
| **Chase**<br>**PO Box 94014**<br>**Palatine, IL 60094** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | **12,311.00** |
| **Mednetworks**<br>**7777 Forest Lane Suite B432**<br>**Dallas, TX 75230** | | | | **10,330.94** |
| **Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117-6241** | **Citibank**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | | | **6,501.00** |
| **Compass Bank Visa**<br>**2009 Beltline Parkway**<br>**Decatur, AL 35603** | | | | **2,328.00** |
| **Top Brass Building Service**<br>**1828 Swift, Suite 401**<br>**North Kansas City, MO 64116** | **Bessenbacher**<br>**PO Box 480108**<br>**Kansas City, MO 64148** | | | **1,060.66** |
| **GE Capital**<br>**PO Box 31001**<br>**Pasadena, CA 91110** | | | | **1,021.95** |
| **CBeyond**<br>**320 Interstate North Parkway**<br>**Atlanta, GA 30339** | | | | **991.40** |
| **Credit Systems Intl In**<br>**1277 Country Club Ln**<br>**Fort Worth, TX 76112** | **TXU Energy Retail Company**<br>**6555 Sierra**<br>**Irving, TX 75039-2479** | | | **823.00** |
| **Paychex Of New York LLC**<br>**8605 Freeport Pkwy Suite 100**<br>**Irving, TX 75063** | **Corporate Collection Services**<br>**PO Box 1500**<br>**Henrietta, NY 14467** | | | **811.88** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Yellow Pages**<br>**PO Box 53282**<br>**Atlanta, GA 30355** | | **792.00** |
| **Credit One Bank**<br>**Po Box 98872**<br>**Las Vegas, NV 89193** | **Credit One Bank**<br>**P.O. Box 98873**<br>**Las Vegas, NV 89193** | **432.00** |
| **Appelles**<br>**195 West Schrock R**<br>**Westerville, OH 43081** | **ADT Security Services**<br>**1501 Yamato Road**<br>**Boca Raton, FL 33431** | **201.00** |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **December 16, 2013** Signature of Debtor ***/s/ Dr. Christopher D. Duntsch***
**Dr. Christopher D. Duntsch**

Date: ________ Signature of Joint Debtor (if any) ________

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only