# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER DANIEL DUNTSCH | ) | Case No. 13-30510 EEB |
| | ) | |
| Debtor | ) | Chapter 11 |

### NOTICE OF APPLICATION TO EMPLOY THE LAW OFFICE OF
### BONNIE BELL BOND, LLC AS COUNSEL FOR THE DEBTOR IN POSSESSION

**OBJECTION DEADLINE: JANUARY 3, 2013.**

**NOTICE IS HEREBY GIVEN** that Debtor have applied to this Court for an Order approving the Debtor's Application to Employ the Law Office of Bonnie Bell Bond, LLC as counsel in this bankruptcy case. Debtor filed this Chapter 11 petition on December 16, 2013. The Law Office of Bonnie Bell Bond received a retainer from the Debtor of $8,000.00. The Law Office of Bonnie Bell Bond received a retainer from the Debtor of $8,000.00. The source of the retainer was an informal loan to the Debtor from Mike Moffat. Mr. Moffat has assisted the Debtor with some accounting and bookkeeping services. Mr. Moffat understood that he was advancing funds to the Debtor for purposes of assisting him in filing a Chapter 11 case and was advised that counsel's duty of loyalty is solely to the Debtor. Mr. Moffat is not otherwise a creditor of the Debtor. A portion of this retainer has been applied to pre-petition fees in the amount of $2,153.00 and the filing fee of $1,213.00 has been paid, leaving a retainer balance of $4,634 for post-petition fees and costs in this case. The Law Office of Bonnie Bell Bond, LLC asserts a security interest in the retainer. In the event the case is converted to a Chapter 7 proceeding, the security interest in the retainer may enable the Law Office of Bonnie Bell Bond, LLC to receive payment of its fees and expenses to the extent of the retainer while other administrative expenses remain unpaid. Counsel believes that there are no perfected security interests in the retained funds other than the security interest claim by the Law Office of Bonnie Bell Bond, LLC. The retainer will not be utilized to pay post-petition expenses or fees without prior order of this Court.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, or upon request from the undersigned attorney.

If you oppose or object to the application, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 20th day of December, 2013.

LAW OFFICE OF BONNIE BELL BOND, LLC
By: */s/ Bonnie Bell Bond*
Bonnie Bell Bond, #14923
5613 DTC Parkway, Suite 1200
Greenwood Village, Colorado 80111
Phone: 303-770-0926
Fax: 303-770-0965
bonnie@bellbondlaw.com